TAFT MERCER, *Appellant*, v. ZELDA MAE MERCER, *Appellee*.

Division B.

Decision Filed February 6, 1926.

*H. S. Glazier*, for Appellant;

*C. E. Kensinger*, for Appellee.

PER CURIAM.—Upon *ex parte* and insufficient testimony taken upon an inadequate bill of complaint and an answer denying the allegations thereof, a decree of divorce was granted and the cusody of minor children was divided between their father and mother.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur in the opinion.